**No. 09-10865. Luis H. Cano, Petitioner v. Scott Middlebrooks, Warden.**

560 U.S. 978, 130 S. Ct. 3444, 177 L. Ed. 2d 349, 2010 U.S. LEXIS 4742.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 358 Fed. Appx. 107.

**No. 09-10875. Jose Manuel Aguirre-Ganceda, Petitioner v. United States.**

560 U.S. 978, 130 S. Ct. 3444, 177 L. Ed. 2d 349, 2010 U.S. LEXIS 4733.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 592 F.3d 1043.

**No. 09-1208. Charles L. Ryan, Director, Arizona Department of Corrections, Petitioner v. Laurence K. Libberton.**

560 U.S. 979, 130 S. Ct. 3412, 177 L. Ed. 2d 349, 2010 U.S. LEXIS 4744.

June 14, 2010. Motion of respondent for leave to proceed in forma pauperis granted. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 583 F.3d 1147.

**No. 09-923. Maher Arar, Petitioner v. John D. Ashcroft, former Attorney General, et al.**

560 U.S. 978, 130 S. Ct. 3409, 177 L. Ed. 2d 349, 2010 U.S. LEXIS 4750.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Jus-

tice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 585 F.3d 559.

**No. 09-1027. City of New Albany, Indiana, Petitioner v. New Albany DVD, LLC.**

560 U.S. 978, 130 S. Ct. 3410, 177 L. Ed. 2d 349, 2010 U.S. LEXIS 4756.

June 14, 2010. Motion of Indiana Family Institute, et al. for leave to file a brief as amici curiae granted. Motion of International Municipal Lawyers Association for leave to file a brief as amicus curiae granted. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 581 F.3d 556.

**No. 09-1187. Deanna McBrearty, et al., Petitioners v. The Vanguard Group, Inc., et al.**

560 U.S. 979, 130 S. Ct. 3411, 177 L. Ed. 2d 349, 2010 U.S. LEXIS 4743.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Alito took no part in the consideration or decision of this petition.

Same case below, 353 Fed. Appx. 640.